IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATELYN D. EDWARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA UNIVERSITY OF PENNSYLVANIA, PENNSYLVANIA WESTERN UNIVERSITY, GERALDINE M. JONES, STUDENT ASSOCIATION, INC., GREYSTAR DEVELOPMENT SERVICES, LLC, GREYSTAR STUDENT LIVING MANAGEMENT SERVICES, LLC, JARED SHINER, GARY W. DUNN, KAREN HJERPE,<br><br>    Defendants. | 2:23-CV-00086-CCW |

## AMENDED ORDER

For the reasons stated in the Court's Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED that the Motions to Dismiss filed by (1) California University of Pennsylvania, Pennsylvania Western University, Geraldine M. Jones, Gary W. Dunn, and Karen Hjerpe, ECF No. 15, (2) Student Association, Inc., ECF No. 9, and (3) Greystar Student Living Management Services, LLC, ECF No. 11, are GRANTED IN PART and DENIED IN PART as follows:

1. Counts Five, Six, and Seven of the Complaint are DISMISSED WITHOUT PREJUDICE as to California University of Pennsylvania, Pennsylvania Western University, Geraldine M. Jones, Gary W. Dunn, Karen Hjerpe, and Student Association, Inc.

2. Counts Ten through Sixteen are DISMISSED WITH PREJUDICE as to Greystar Student Living Management Services, LLC.

3. Plaintiff Katelyn D. Edwards is granted leave to amend. She shall file her amended complaint on or before **April 28, 2023**.

4. The Court DEFERS consideration of whether to exercise supplemental jurisdiction over Ms. Edwards' remaining state law claims. Accordingly, the Motions are DENIED to the extent that the seek dismissal of those claims. The denial is without prejudice to Defendants raising the same arguments after Ms. Edwards files her amended complaint.

DATED this 4th day of August, 2023.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record