IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATELYN D. EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA UNIVERSITY OF PENNSYLVANIA, PENNSYLVANIA WESTERN UNIVERSITY, GERALDINE M. JONES, STUDENT ASSOCIATION, INC., GREYSTAR DEVELOPMENT SERVICES, LLC, GREYSTAR STUDENT LIVING MANAGEMENT SERVICES, LLC, JARED SHINER, GARY W. DUNN, KAREN HJERPE,<br><br>　　　　　Defendants. | 2:23-CV-00086-CCW |

**ORDER**

For the reasons stated in the Court's Opinion filed contemporaneously herewith, IT IS HEREBY ORDERED that:

1. The Motions to Dismiss filed by California University of Pennsylvania, Pennsylvania Western University, Geraldine M. Jones, Gary W. Dunn, and Karen Hjerpe (collectively, the "University Defendants"), ECF No. 29, and Student Association, Inc. ("SAI"), ECF No. 27, are GRANTED IN PART and DENIED IN PART. Counts III, IV, and V of Plaintiff's Amended Complaint are DISMISSED WITH PREJUDICE as to the University Defendants and SAI. Otherwise, the Motions are DENIED WITHOUT PREJUDICE.

2. The Motion to Dismiss filed by Greystar Student Living Management Services, LLC, ECF No. 28, is DENIED WITHOUT PREJUDICE.

3. On or before **August 18, 2023**, Plaintiff shall show cause why Counts III, IV, and V of her Amended Complaint as to Jared Shiner should not be sua sponte dismissed for the

same reasons that supported the dismissal of those Counts against the University Defendants and SAI.  This is Plaintiff's opportunity to "respond to the perceived deficiencies" in those claims against Mr. Shiner.  *See Zaslow v. Coleman*, 103 F. Supp. 3d 657, 664 (E.D. Pa. 2015).  Plaintiff's response shall be no longer than ten (10) pages, double-spaced.

4. The Court intends to remand the case to state court if it dismisses Counts III, IV, and V as to Mr. Shiner.  *See* 28 U.S.C. § 1367(c).

DATED this 4th day of August, 2023.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record