IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATELYN D. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA UNIVERSITY OF PENNSYLVANIA, PENNSYLVANIA WESTERN UNIVERSITY, GERALDINE M. JONES, STUDENT ASSOCIATION, INC., GREYSTAR DEVELOPMENT SERVICES, LLC, GREYSTAR STUDENT LIVING MANAGEMENT SERVICES, LLC, JARED SHINER, GARY W. DUNN, KAREN HJERPE,<br><br>Defendants. | 2:23-CV-00086-CCW |

## ORDER

On August 4, 2023, this Court issued an Opinion, ECF No. 48, and Order, ECF No. 49, regarding several motions to dismiss filed by: (1) California University of Pennsylvania, Pennsylvania Western University, Geraldine M. Jones, Gary W. Dunn, and Karen Hjerpe (collectively, the "University Defendants"), ECF No. 29; (2) Student Association, Inc. ("SAI"), ECF No. 27; and (3) Greystar Student Living Management Services, LLC ("Greystar Student Living"), ECF No. 28. As relevant here, the Court dismissed with prejudice the federal claims brought against the University Defendants and SAI in Counts III, IV, and V of Plaintiff Katelyn D. Edwards' Amended Complaint, brought under 42 U.S.C. § 1983. ECF No. 49 ¶ 1.

The Court further ordered Ms. Edwards to show cause on or before August 18, 2023, why her federal claims should not be *sua sponte* dismissed against Defendant Jared Shiner. *Id.* ¶ 2 (quoting *Zaslow v. Coleman*, 103 F. Supp. 3d 657, 664 (E.D. Pa. 2015) (district court must give

plaintiff an opportunity to "respond to the perceived deficiencies" in a claim before dismissing it *sua sponte*)). Mr. Shiner was not a party to any of the motions but was the sole remaining Defendant named in those Counts (he was named only in Counts III and IV). *See generally* ECF No. 26. Ms. Edwards never filed a response to the Court's order to show cause.

District courts may sua sponte dismiss a claim "where the inadequacy of the [claim] is apparent as a matter of law." *Zaslow*, 103 F. Supp. 3d at 664 (internal quotation marks omitted); *Bryson v. Brand Insulations, Inc.*, 621 F.2d 556, 559 (3d Cir. 1980). "This practice promotes the prompt and efficient disposition of cases and protects valuable judicial resources by expediting the dismissal of cases that lack a shred of a valid claim." *Zaslow*, 103 F. Supp. 3d at 664 (internal quotation marks omitted). Upon review of Ms. Edwards' Amended Complaint, the Court's reasons for dismissing Counts III and IV as to the University Defendants and SAI apply equally to Mr. Shiner such that the inadequacy of those claims is apparent as a matter of law. *See generally* ECF No. 48. It is THEREFORE ORDERED that Counts III and IV are DISMISSED WITH PREJUDICE as to Mr. Shiner.[1]

DATED this 23rd day of August, 2023.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

---

[1] In its prior Opinion, the Court stated that Mr. Shiner had not yet appeared. ECF No. 48 at 2. In fact, counsel for Mr. Shiner entered an appearance on July 20, 2023, ECF No. 45, after having appeared on behalf of Defendant Greystar Student Living in January 2023, *see* ECF No. 11. The date of Mr. Shiner's appearance is not material to the Court's dismissal of Counts III, IV, and V against him.